Order issued September 26, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00524-CV

**RODERICK V. GIVENS, Appellant**

V.

**MIDLAND MORTGAGE CO., MIDFIRST BANK, AND BARRETT, DAFFIN, FRAPPIER ET AL., Appellees**

## ORDER

Before the Court is appellees' motion for oral argument. We **GRANT** the motion.

Appellees' counsel will be permitted to argue at the submission of this case.

JIM MOSELEY
PRESIDING JUSTICE